HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID NOEL SMITH,

    Plaintiff,

v.

JACQUELYN AUFDERHEIDE, et al,

    Defendants.

Case No. C07-5125 RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Defendants' Motion Barring Plaintiff From Having Two Attorneys Conduct Deposition Examinations of the Same Witness at the Same Time [Dkt. #17].

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

**IT IS HEREBY ORDERED** that Defendants' Motion Barring Plaintiff From Having Two Attorneys Conduct Deposition Examinations of the Same Witness at the Same Time [Dkt. #17] is **DENIED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 24th day of July, 2007.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1