HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID NOEL SMITH,

    Plaintiff,

v.

JACQUELYN AUFDERHEIDE, et al,

    Defendants.

Case No. C07-5125RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Motion to Amend Complaint [Dkt. #19].

Having considered the entirety of the records and file herein, and having considered that defendants have not filed an opposition to this Motion, it is hereby

**ORDERED** that the Motion is **GRANTED**. The Second Amended Complaint [Dkt. #18] filed by plaintiff prior to obtaining leave of Court, Fed. R. Civ. P. 15(a), is ordered filed as of the date of this Order. Defendants shall have until August 10, 2007 to plead in response to the Second Amended Complaint.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 27th day of July, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1