HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

DAVID NOEL SMITH and MAUREEN ANNE SMITH,

Plaintiffs,

v.

JACQUELYN AUFDERHEIDE, CHRIS ENDRESEN, JAN ANGEL, PATTY LENT, CHRIS GEARS, RANDY CASTEEL, JONATHAN BRAND, MALCOLM FLEMMING, PENNY STARKY, JOHN DOES 1-3, JANE DOES 1-3, AND KITSAP COUNTY,

Defendants.

No. 07-05125

ORDER ON DEFENDANTS' MOTIONS IN LIMINE

NOTED FOR: October 10, 2008

THIS MATTER having come before the Court on Defendant Kitsap County's Motions in Limine, and the Court having considered the arguments of the parties, rules as follows. Where the Court has granted a Motion in Limine, all counsel are required to inform witnesses they call of the existence of the order and its contents. For Motions in Limine which have been denied, in the absence of a specific request from the trial court to renew the objection, the moving party would be spared from further objection to that evidence when introduced at trial.

**MOTION IN LIMINE RE: County's Membership in Risk Pool.**

[ X ] Granted         [ ] Denied         [ ] Reserved

ORDER RE DEF KITSAP COUNTY'S MIL- 1
CAUSE NO. 07-5125 RBL
H:\ORDERS\Smith Order MIL 092608.doc

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

**MOTION IN LIMINE RE: Settlement of the Sutherland and Shank Litigation.**

[ ] Granted        [X] Denied In Part        [ ] Reserved

Comments:

Plaintiff can elicit testimony about the fact that the case did settle and that Kitsap County paid "some" money to Shank and to Sutherland. The amount of the settlement will not be mentioned, however.

**MOTION IN LIMINE RE: Racial Comments By Casteel and Others.**

[ ] Granted        [X] Denied In Part        [ ] Reserved

Comments:

Plaintiff can testify to what he told his superiors about racial comments by Casteel and Brand. The testimony on the subject is limited to what he told his supervisors, however. If plaintiff did not speak to superiors about a subject it is not relevant.

**MOTION IN LIMINE RE: Claims Of "Nepotism."**

[X] Granted        [ ] Denied        [ ] Reserved

**MOTION IN LIMINE RE: Witnesses Who Want To Testify As "Victims."**

[ ] Granted        [ ] Denied        [ ] Reserved

Comments:

Plaintiff can testify to what he told his supervisors about specific employees who were subjected to retaliation or discrimination. Whether these witnesses were or were not subjected to retaliation and/or discrimination is not an issue in this case. Witnesses can testify about their observations of retaliation against plaintiff, however.

**MOTION IN LIMINE RE: Witnesses Who Left Kitsap County Long Before Smith Was Fired.**

[ ] Granted        [ ] Denied        [ ] Reserved

ORDER RE DEF KITSAP COUNTY'S MIL- 2
CAUSE NO. 07-5125 RBL
H:\ORDERS\Smith Order MIL 092608.doc

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

Comments:

Plaintiff can testify to what he told his supervisors about specific employees who were subjected to retaliation or discrimination. Whether these witnesses were or were not subjected to retaliation and/or discrimination is not an issue in this case. Witnesses can testify about their observations of retaliation against plaintiff, however.

**MOTION IN LIMINE RE: Plaintiff's Speculation About Job Opportunities Lost.**

[ ] Granted          [ ] Denied          [X] Reserved

**MOTION IN LIMINE RE: Jon Brand "Threatened" Me.**

[ ] Granted          [ ] Denied          [X] Reserved

Comments:

The tape will be played and plaintiff can testify that he felt like he was being threatened.

**MOTION IN LIMINE RE: Plaintiff's Belief That The Tape Recordings Were Legal.**

[X] Granted          [ ] Denied          [ ] Reserved

DONE IN OPEN COURT this 14th day of October, 2008.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER RE DEF KITSAP COUNTY'S MIL- 3
CAUSE NO. 07-5125 RBL
H:\ORDERS\Smith Order MIL 092608.doc

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

Presented by

KEATING, BUCKLIN & McCORMACK, INC., P.S.


/s Andrew G. Cooley
Andrew G. Cooley, WSBA #15189
Jayne L. Freeman, WSBA #24318
*Attorney for Defendants*

ORDER RE DEF KITSAP COUNTY'S MIL- 4
CAUSE NO. 07-5125 RBL
H:\ORDERS\Smith Order MIL 092608.doc

**KEATING, BUCKLIN & McCORMACK, INC., P.S.**
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423