HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

DAVID NOEL SMITH and MAUREEN ANNE SMITH,

Plaintiffs,

v.

JACQUELYN AUFDERHEIDE, CHRIS ENDRESEN, JAN ANGEL, PATTY LENT, CHRIS GEARS, RANDY CASTEEL, JONATHAN BRAND, MALCOLM FLEMMING, PENNY STARKY, JOHN DOES 1-3, JANE DOES 1-3, AND KITSAP COUNTY,

Defendants.

No. 07-05125

ORDER ON PLAINTIFFS' MOTIONS IN LIMINE

**NOTED FOR: October 10, 2008**

THIS MATTER having come before the Court on Plaintiffs' David Noel Smith and Maureen Anne Smith Motions in Limine, and the Court having considered the arguments of the parties, rules as follows.

**MOTION IN LIMINE RE: Electronic Recordings Before 2004.**

[ ] Granted     [X] Denied     [ ] Reserved

**MOTION IN LIMINE RE: Denial of Unemployment Benefits.**

[X] Granted     [ ] Denied     [ ] Reserved

ORDER RE PLTFS MIL- 1
CAUSE NO. 07-5125 RBL
H:\ORDERS\Smith Order MIL for Pltf.doc

**MOTION IN LIMINE RE: Electronic Recording Legality.**

[ ] Granted        [X] Denied        [ ] Reserved

DONE IN OPEN COURT this 14th day of October, 2008.

*signature*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by

/s/
Clayton Ernest Longacre #21821
Attorneys for Plaintiffs

/s/
Randy Loun #14669
Attorney for Plaintiffs

ORDER RE PLTFS MIL- 2
CAUSE NO. 07-5125 RBL
H:\ORDERS\Smith Order MIL for Pltf.doc