HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

DAVID NOEL SMITH and MAUREEN ANNE SMITH,

Plaintiffs,

v.

KITSAP COUNTY, et al.,

Defendants.

No. 07-05125

ORDER ON PLAINTIFFS' MOTIONS IN LIMINE RE: SICK LEAVE SLIPS AND RELATED EVIDENCE, AND AUDIO RECORDING EVIDENCE, TRANSCRIPT EVIDENCE AND EXCERPT EVIDENCE

**NOTED FOR: NOVEMBER 14, 2008**

THIS MATTER having come before the Court on Plaintiffs' Motions in Limine re sick leave slips and audio recording evidence, and the Court having considered the arguments of the parties, rules as follows. Where the Court has granted a Motion in Limine, all counsel are required to inform witnesses they call of the existence of the order and its contents. For Motions in Limine which have been denied, in the absence of a specific request from the trial court to renew the objection, the moving party would be spared from further objection to that evidence when introduced at trial.

**A.  MOTION IN LIMINE RE: THE SICK LEAVE SLIPS AND RELATED EVIDENCE.**

[ ] Granted     [ X ] Denied     [ ] Reserved

PROP ORDER RE Pltfs MIL- 1
CAUSE NO. 07-5125 RBL
H:\ORDERS\Smith p-111008 [p]Order Defs resp MIL.doc

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

Comments:

Relevant for credibility

B. **MOTION IN LIMINE RE: THE AUDIO RECORDING EVIDENCE, TRANSCRIPT EVIDENCE AND EXCERPT EVIDENCE.**

[ ] Granted [ X ] Denied [ ] Reserved

Comments:

Relevant for credibility

DONE IN OPEN COURT this 17th day of November, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by

KEATING, BUCKLIN & McCORMACK, INC., P.S.

/s Andrew G. Cooley
Andrew G. Cooley, WSBA #15189
Jayne L. Freeman, WSBA #24318
*Attorneys for Defendants*

Approved as to Form:

_____
Clayton Longacre, WSBA #21821
Longacre Law, Inc.

Randy Loun, WSBA #14669
Law Office of Randy Loun
*Attorneys for Plaintiff*

PROP ORDER RE Pltfs MIL- 2
CAUSE NO. 07-5125 RBL
H:\ORDERS\Smith p-111008 [p]Order Defs resp MIL.doc

**KEATING, BUCKLIN & McCORMACK, INC., P.S.**
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423