HONORABLE JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| DAVID NOEL SMITH and MAUREEN ANNE SMITH<br><br>Plaintiffs,<br>vs.<br><br>KITSAP COUNTY, ET AL.<br><br>Defendants. | NO. 07-05125 RBL<br><br>ORDER ON PLAINTIFF'S MOTIONS IN LIMINE<br><br>Noted for: November 14, 2008 |

THIS MATTER having come before the Court on Plaintiff's Motions in Limine, and the Court having considered the arguments of the parties, rule as follows:

**1. MOTION IN LIMINE REGARDING: TRIAL TESTIMONY FROM WILLIAM PARTIN.**
[ ] Granted      [X] Denied      [ ] Reserved

___

[Proposed] Order on Plaintiffs Motions in Limine      1      Longacre Law Office
569 Division Street, St F
Port Orchard, WA 98366
360-876-7290

_____

**2. MOTION IN LIMINE REGARDING: TRIAL TESTIMONY FROM DR. HAMM.**
[ ] Granted [X] Denied [ ] Reserved

_____

_____

**3. MOTION IN LIMINE REGARDING: TRANSCRIPTS FROM RECORDINGS.**
[ ] Granted [X] Denied [ ] Reserved

_____

_____

**4. MOTION IN LIMINE REGARDING: TRIAL TESTIMONY FROM JOE CARRILLO.**
[ ] Granted [X] Denied [ ] Reserved

_____

_____

**5. MOTION IN LIMINE REGARDING: TRIAL TESTIMONY OF BRENDA HEINEMAN.**
[ ] Granted [X] Denied [ ] Reserved

_____

_____

**6. MOTION IN LIMINE REGARDING: CONVERTED RECORDINGS FROM DSS FORMAT.**

[ ] Granted  [X] Denied  [ ] Reserved

_____

_____

**7. MOTION IN LIMINE REGARDING: RECORDING IN THE RESTROOM.**

[ ] Granted  [X] Denied  [ ] Reserved

_____

_____

DONE IN OPEN COURT this 17th day of November, 2008.

*(signature)*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Clayton E. Longacre

Clayton E. Longacre, WSBA # 21821
Randy Loun, WSBA # 14669
Attorneys for Plaintiffs


Approved as to Form:

_____
Andrew G. Cooley, WSBA # 15159
Jayne L. Freeman, WSBA # 24318
Attorneys for Defendants