# United States District Court

## WESTERN DISTRICT OF WASHINGTON

DAVID NOEL SMITH and
MAUREEN ANNE SMITH,

JUDGMENT IN A CIVIL CASE

v.

KITSAP COUNTY, et al.,

CASE NUMBER:  C07-5125RBL

[XX]  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict as follows:

Jury Finds FOR Defendants Randy Casteel, Jon Brand and Kitsap County.

BRUCE  RIFKIN
*Clerk*

Dated:  *12/3/2008*

s/Jean Boring
*(By) Deputy Clerk*